UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUNE ROY,

        Plaintiff,

v.

        Case Number 16-14315
        Honorable David M. Lawson

JAMILA TAYLOR, M.D., UNITED
STATES OF AMERICA, and DETROIT
HEALTH CARE FOR THE
HOMELESS, INC.,

        Defendants.
_____/

### STIPULATED ORDER DISMISSING DEFENDANTS JAMILA TAYLOR, M.D., AND DETROIT HEALTH CARE FOR THE HOMELESS, INC., ONLY, AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to the stipulation of the parties,

It is **ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE** as to defendants Jamila Taylor, M.D., and Detroit Health Care for the Homeless, Inc., **ONLY**.

It is further **ORDERED** that if defendant United States of America desires to answer or otherwise respond to the complaint, it must do so **on or before April 24, 2017**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: March 8, 2017

Stipulated to by:

s/Kenneth D. Lee
McKeen & Associates, P.C.
645 Griswold
Suite 4200

Detroit, MI 48226
313-961-4400
Fax: 313-961-5985
Email: klee@mckeenassociates.com
Attorney for the plaintiff

s/Theresa M. Urbanic
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313.226.9778
Fax: 313.226.3271
Email: theresa.urbanic@usdoj.gov
Attorney for the defendant United States of America

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 8, 2017.

                                                          s/Susan Pinkowski
                                                          SUSAN PINKOWSKI